| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 3:04CR0053 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:06-CR-0065 MCE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jesse Brown<br>160 Seavey Circle, #160<br>Sacramento, CA 95818 | ND/CA | |
| | NAME OF SENTENCING JUDGE<br>Charles R. Breyer | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 36 months / TO: |

| OFFENSE |
|---|
| Firearms, Unlawful Possession |

**FILED**
FEB 24 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Eastern District of California_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Feb 01, 2006_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 23 2006
Effective Date

_[signature]_
United States District Judge
MORRISON C. ENGLAND, JR.