# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**JESSE BROWN**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:06CR00065-01**

Dennis Waks, AFD
Defendant's Attorney

**THE DEFENDANT:**
[✔]   admitted guilt to violation of charges <u>1 and 2</u> as alleged in the violation petition filed on <u>8/26/2008</u>.
[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | Failure to Submit Monthly Report Forms | 6/2008 |
| Charge 2 | Unlawful Use of a Controlled Substance | 7/2008 |

The court: [ ] revokes: [✔] modifies: [ ] continues under same conditions of supervision heretofore ordered on <u>8/29/2006</u>.

    The defendant is sentenced as provided in pages 2 through <u>1</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

The defendant is to complete the Salvation Army Residential Treatment Program.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

2/19/2009
Date of Imposition of Sentence

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

5/1/2009
Date